United States District Court
Southern District of Texas
**ENTERED**
November 01, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ADA CARMONA ELIZONDO, § § Plaintiff, § VS. § GREAT LAKES INSURANCE SE; fka § GREAT LAKES REINSURANCE (UK), *et* § *al*, § Defendants. § | CIVIL ACTION NO. 7:17-CV-36 |

# ORDER

The Court now considers the stipulation of dismissal filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal without a court order when the stipulation of dismissal is signed by all parties who have appeared.[2] Here, the stipulation of dismissal is signed by all parties who have appeared,[3] and the parties stipulate to dismissal *with prejudice*.[4] Thus, the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of November, 2017.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 15.
[2] Fed. R. Civ. P. 41(a)(1)(A)(ii).
[3] Dkt. No. 15, at pp. 2–3. The Court notes that Defendant Jose Lopez was previously dismissed in this case.
[4] *Id.* at ¶ 9.